No. 240. Barclay, Executor, *v.* United States. C. A. 3d Cir. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *C. Ward Eicher* and *Earl F. Reed* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Lee A. Jackson* for the United States.

No. 260. Potts et al. *v.* Rader, Administrator, et al. Supreme Court of Arkansas. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *Alexander H. Sands* for petitioners. *Archibald G. Robertson* for Shinberger et al., respondents.

No. 262. Myres *v.* United States. C. A. 8th Cir. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *Homer Cummings, Max O'Rell Truitt, William D. Donnelly* and *John H. Flanigan, Sr.* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, James M. McInerney, Ellis N. Slack* and *Andrew F. Oehmann* for the United States.